# ATTACHMENT 1

REC'D/FILED
2021 APR 26 PM 1:55

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Michael Patrick Boyce

vs

(Full name of defendant(s))

State of Wisconsin Department of Corrections.
State of Wisconsin

Case Number:

**21 CV 281 WMC**

(to be supplied by clerk of court)

### A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   1102 Spring St Apt 308 Madison, WI 53715
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Department of Corrections
(Name)

is (if a person or private corporation) a citizen of WISCONSIN
(State, if known)

and (if a person) resides at 3099 E. Washington Ave Madison, WI 53704
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Department of Corrections 3099 E. Washington Ave Madison, WI 53707
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

the Department of Corrections violated my rights under the A.D.A Law Plus U.S. court Ruling of 2013 violated my rights from 2018-2021 happened at Dodge - Edgerwite - Wisconsin Resource Center they said we could not have Service Dogs and would not do anything for People who Have Service Dogs. But they will allow the I.O.W Dog Training Program in Two Work Camps Plus 3 Prison.

Attachment One (Complaint) – 2

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Would Like to see A Award of $500,000 And to Allow People with Service Dogs Can Have them In Prison As Like the Law says

E.  JURY DEMAND

☐  Jury Demand – I want a jury to hear my case
   OR
☒  Court Trial – I want a judge to hear my case

Dated this 23 day of APRIL 20 21.

Respectfully Submitted,

*Michael Baufel*
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_____
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.